UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO MORALES-RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>M. ARVIZA<br><br>Respondent. | Case No. 1:23-cv-00711-HBK (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR RELEASE FROM CUSTODY<br><br>(Doc. No. 6) |

Pending before the Court is Petitioner's motion requesting release on bail pending resolution of his first amended petition filed on June 23, 2023. (Doc. No. 6, "Motion"). Petitioner is a federal prisoner who is proceeding pro se on his first amended petition for writ of habeas corpus which was filed under 28 U.S.C. § 2241 on May 23, 2023. (Doc. No. 4). In support of this Motion, Petitioner generally argues that he should be released because he is entitled to "statutory good conduct time" and earned time credits pursuant to the First Step Act of 2018, and therefore has "served more time than [he] was supposed to." (*Id*. at 2-4).

"Bail pending a decision in a habeas case is reserved for extraordinary cases involving special circumstances or a high probability of success." *Land v. Deeds*, 878 F.2d 318, 318 (9th Cir. 1989). The Court finds Petitioner has not demonstrated special circumstances warranting his release or a high probability of success on the merits of his petition. Furthermore, although the

Court has directed Respondent to file a response to the amended petition, Respondent's response is not yet due.  (*See* Doc. No. 5, May 30, 2023 Order affording Respondent sixty (60) days to respond).

Accordingly, it is **ORDERED**:

Petitioner's motion for release from custody prior to the Courts' ruling on the petition (Doc. No. 6) is DENIED.

Dated:   June 29, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE